IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RA' SHEEN J. BROWN,<br>    Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1019 |
| | : | |
| CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | : | |
| | : | |

## ORDER

AND NOW, this 24th day of July, 2025, upon consideration of: (1) Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (ECF No. 59), (2) Plaintiff Ra'Sheen J. Brown's response thereto (ECF No. 63), and (3) the City's reply (ECF No. 68), as well as (4) the "DAO's Motion to Dismiss for Failure to State a Claim" (ECF No. 62) filed by Defendant Former District Attorney Seth Williams, and (5) Brown's response thereto (ECF No. 66), it is **ORDERED** that:

1.    The City of Philadelphia's Motion (ECF No. 59) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.    The DAO's Motion (ECF No. 62) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

3.    The Clerk of Court is **DIRECTED** to substitute District Attorney Lawrence S. Krasner, in his official capacity, as Defendant for Former District Attorney Seth Williams.

4.      The City of Philadelphia and District Attorney Lawrence S. Krasner, in his official capacity, shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1019 Brown v City\24-1019 Brown Order re MTDs.docx