## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RA'SHEEN J. BROWN** <br> *Plaintiff,* <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br> *Defendants.* | **CIVIL ACTION NO. 24-1019** |

## ORDER

**AND NOW**, this 20th day of May 2026, upon consideration of Plaintiff's Motion to Compel (ECF 156), Defendant City's Motion for Summary Judgment (ECF 137), Plaintiff's responses (ECF 140; ECF 159; ECF 161) and the City's replies thereto (ECF 152; ECF 160), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Compel (ECF 156) is **DENIED**.

2. Defendant City's Motion for Summary Judgment (ECF 137) is **GRANTED**. Summary Judgment is **GRANTED** in favor of Defendant City on Plaintiff's <u>Monell</u> claim and municipal liability.

3. The Parties' Motions in Limine (ECF 143; ECF 149; ECF 150; ECF 151) are **DENIED as moot**.

The Clerk of the Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, J.**